NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES L. GREENE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7084

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-897, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**O R D E R**

James L. Greene moves for a 45-day extension of time, until December 1, 2011 to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 13 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Aaron J. Capron, Esq.
     Melissa Devine, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 13 2011**

**JAN HORBALY**
**CLERK**